No. D–299. IN RE DISBARMENT OF OLKON. It is ordered that Ellis Olkon, of St. Louis Park, Minn., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–300. IN RE DISBARMENT OF GRUBOR. It is ordered that John M. Grubor, of Pittsburgh, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–301. IN RE DISBARMENT OF BONNIN. It is ordered that Robbin James Bonnin, of Amherst, Mich., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–302. IN RE DISBARMENT OF JOHNSON. It is ordered that Richard Vernon Johnson, of Baltimore, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 81–1618. WEYERHAEUSER CO. ET AL. v. LYMAN LAMB CO. ET AL.; and

No. 81–1619. GEORGIA-PACIFIC CORP. v. LYMAN LAMB CO. ET AL. C. A. 5th Cir. [Certiorari granted, 456 U. S. 971.] Motion of respondents for relief from compliance with Rule 28.1 granted. JUSTICE WHITE, JUSTICE POWELL, and JUSTICE O'CONNOR took no part in the consideration or decision of this motion.